**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TANWEER AHMED AND HINA MAHMOOD,**<br>**Plaintiffs,**<br>**v.**<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. AND LOWE'S HOME CENTERS, LLC AND ABC MANUFACTURING COMPANY(IES) 1-5, fictitious names of fictitious entities AND ABC SALES COMPANY(IES) 1-5, fictitious names of fictitious entities,**<br>**Defendants.** | **Civil Action No.: 2:25-cv-05836** |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiffs Tanweer Ahmed and Hina Mahmood, and Defendants, Samsung Electronics America, Inc. and Lowe's Home Centers, LLC, by and through their undersigned counsel, that this matter, is dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

**DE LUCA LEVINE, LLC**

By: ______________________________
James P. Carfagno, Esquire
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
Jcarfagno@delucalevine.com
*Counsel for Plaintiffs*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: __/s/ *Kristi Buchholz Helfrick* ______
Kristi Buchholz Helfrick, Esquire
2001 Market Street, Suite 3100
Philadelphia, PA 19103
kristi.buchholzhelfrick@wilsonelser.com
*Counsel for Defendants, Samsung Electronics America, Inc. & Lowe's Home Centers, LLC*

**Dated:** October 27, 2026

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TANWEER AHMED AND HINA MAHMOOD,**<br>**Plaintiffs,**<br>**v.**<br><br>**SAMSUNG ELECTRONICS AMERICA, INC. AND LOWE'S HOME CENTERS, LLC AND ABC MANUFACTURING COMPANY(IES) 1-5, fictitious names of fictitious entities AND ABC SALES COMPANY(IES) 1-5, fictitious names of fictitious entities,**<br>**Defendants.** | **Civil Action No.: 2:25-cv-05836** |

## CERTIFICATE OF SERVICE

I, JAMES P. CARFAGNO, hereby certify that a true and correct copy of the Stipulation to Dismiss was served on October 27, 2026, upon counsel of record via ECF filing.

**DE LUCA LEVINE, LLC**

By: ______________________________
James P. Carfagno, Esquire
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401